IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| MICHAEL D. PRIVETT, | ) |
| | ) No. C10-1692-TSZ -MAT |
| Plaintiff, | ) [PROPOSED] ORDER GRANTING |
| | ) TWO-WEEK EXTENSION OF TIME |
| v. | ) TO FILE PLAINTIFF'S OPENING BRIEF |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security, | ) |
| Defendant. | ) |

Based on Plaintiff's motion, it is hereby ORDERED that the Scheduling of Briefing is amended as follows:

- Plaintiff Opening Brief is due February 16, 2011
- Defendant's Responsive Brief is due March 16, 2011
- Plaintiff's optional Reply Brief is due March 30, 2011

Dated this 1st day of February, 2011.

*/s/ Mary Alice Theiler*

Mary Alice Theiler

United States Magistrate Judge

Page 1 ORDER [C10-1692-TSZ -MAT]

1  Presented by:

2

3  Robert A. Friedman

4  Robert A. Friedman & Assoc.

5  3410 Broadway

6  Everett, Washington 98201

7  (425) 252-5551

8  cshear@rafalaw.com

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

Page 1 ORDER [C10-1692-TSZ -MAT]