01
02
03
04
05

06                    UNITED STATES DISTRICT COURT
                    WESTERN DISTRICT OF WASHINGTON
07                              AT SEATTLE

08  MICHAEL D. PRIVETT,                  )
                                         )   CASE NO. C10-1692-TSZ
09         Plaintiff,                    )
                                         )
10         v.                            )
                                         )   REPORT AND RECOMMENDATION
11  MICHAEL ASTRUE,                      )
    Commissioner of Social Security,     )
12                                       )
           Defendant.                    )
13  _____ )

14         Plaintiff Michael Privett brought this action to seek judicial review of the denial of his

15  application for Disability Insurance Benefits by the Commissioner of the Social Security

16  Administration. The parties have now stipulated that this case should be reversed and

17  remanded pursuant to sentence four of 42 U.S.C. § 405(g). (Dkt. 17.)

18         Based on the stipulation of the parties, the Court recommends that this case be

19  REVERSED and REMANDED for further administrative proceedings. The parties have

20  stipulated that, on remand: (1) the Administrative Law Judge (ALJ) will obtain supplemental

21  evidence from a vocational expert based on limitations assessed on remand, in accordance with

22  Social Security Rulings 00-4p and 82-41; (2) plaintiff may submit additional evidence and

REPORT AND RECOMMENDATION
PAGE -1

01  arguments to the ALJ; and (3) the ALJ will issue a de novo decision. Aspects of the prior
02  decision not specifically addressed in the Stipulation for Remand are not affirmed by the
03  parties.
04       Given the above, the Court recommends that United States District Judge Thomas S.
05  Zilly immediately approve this Report and Recommendation and order the case REVERSED
06  and REMANDED for further administrative proceedings. A proposed order accompanies this
07  Report and Recommendation.
08       DATED this 4th day of April, 2011.

09
10                                                              /s/ Mary Alice Theiler
                                                                Mary Alice Theiler
11                                                              United States Magistrate Judge

REPORT AND RECOMMENDATION
PAGE -2