UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHAEL D. PRIVETT, ) | |
| ) | CASE NO. C10-1692-TSZ |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | ORDER OF REMAND |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

The parties filed a stipulated motion to reverse and remand this case for further administrative proceedings. (Dkt. 17.) It is therefore ORDERED:

(1) The Court adopts the Report and Recommendation;

(2) The Court REVERSES and REMANDS this matter for further administrative proceeding pursuant to sentence four of 42 U.S.C. § 405(g); and

(3) The Clerk shall direct copies of this Order to all counsel and to Judge Theiler.

DATED this 22nd day of April, 2011.

/s/ Thomas S. Zilly
Thomas S. Zilly
United States District Judge

ORDER OF REMAND
PAGE -1